**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**L. RUTHER,**

**-vs-**                                                                            **Case No.  6:04-cv-1366-Orl-22JGG**

**DARRYL KOCHANIEC, ORANGE COUNTY FLORIDA,**

         **Defendants.**
_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. No. 18) filed on April 11, 2005.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied as frivolous.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.   The Report and Recommendation filed May 3, 2005 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   The Motion for Permission to Appeal In Forma Pauperis (Doc. No. 18) is **DENIED**.

3. This Court hereby certifies that pursuant to 28 U.S.C. §1915(a)(3) any appeal by the Plaintiff would not be taken in good faith.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 23, 2005.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Clerk, United States Court of Appeals, Eleventh Circuit (Appeal No. 05-11672-C)
United States Magistrate Judge
Unrepresented Party